## G. W. MASON V. STATE.

No. 24062. May 26, 1948.

Hon. Robert Ray, Judge Presiding.

*Nielsen & McCormick,* of Raymondville, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

This is a companion case to that of W. W. Grayson, Jr., No. 24,061, this day decided. (Page 62 of this volume.)

For the reasons there stated, the judgment is reversed and the cause remanded.

Opinion approved by the Court.